# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNATHAN PINNEY                                                              PLAINTIFF

v.                                       No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant, Fairfield
Bay Police Department; CHAD BROWN,
State's Attorney; FOSTER, Van Buren
County Judiciary; MARK RODDENBERRY,
Sergeant, Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement Officer,
Fairfield Bay; and LUCAS EMBERTON, Sheriff,
Van Buren County                                                             DEFENDANTS

## ORDER

Pinney's motion for reconsideration, № 22, is denied. The Court stands by its 15 March 2019 Order. № 16. This case must remain on hold until Pinney's state criminal case is resolved. Pinney's motion to amend, № 21, is therefore denied without prejudice as premature. And if Pinney wants to make claims beyond being unlawfully arrested and wrongfully charged, then he must do so in a separate lawsuit.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2019