IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN PINNEY     PLAINTIFF

v.     No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant, Fairfield
Bay Police Department; CHAD BROWN,
State's Attorney; FOSTER, Van Buren
County Judiciary; MARK RODDENBERRY,
Sergeant, Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement Officer,
Fairfield Bay; and LUCAS EMBERTON, Sheriff,
Van Buren County     DEFENDANTS

## ORDER

Pinney's motions for subpoenas, № 24–26, are denied. As the Court has previously stated, nothing can happen in this case until Pinney's state criminal case is resolved. № 16, 20 & 23.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2019