# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNATHAN PINNEY                                                    PLAINTIFF

v.                              No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield Bay
Community Club                                                      DEFENDANTS

## ORDER

1. Motion to proceed *in forma pauperis*, № 38, denied as moot. The Court already granted Pinney leave to proceed *in forma pauperis* in this case and on appeal, № 16 & № 34.

2. The Court stayed this case. № 16. Pinney appealed. № 28. Pinney recently submitted another complaint, № 39, which the Clerk has docketed as an amendment in this case because it arises from the same facts as Pinney's earlier complaints and addenda. № 2, 6, 9, 11 & 13–14. But nothing further can happen in this case while Pinney's interlocutory appeal is pending in the Court of Appeals. № 35–36.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2019