IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN PINNEY
#173141                                                                PLAINTIFF

v.                              No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield
Bay Community Club                                                     DEFENDANTS

## ORDER

1. Pinney's motion for a writ of *habeas corpus*, № 44, is denied. Pinney can't get *habeas* relief in this § 1983 lawsuit; he must file a separate *habeas corpus* action if he wants to challenge his incarceration. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).

2. This case is stayed pending the final disposition of Pinney's state criminal case. Pinney's embedded motion to consolidate his cases, № 44 at 2, is therefore denied without prejudice. This case must remain on hold.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 August 2019