IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN PINNEY                                                      PLAINTIFF

v.                              No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,                                          DEFENDANTS
Fairfield Bay Police Department,
CHAD BROWN, State's Attorney,
FOSTER, Van Buren County Judiciary,
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department,
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay, LUCAS
EMBERTON, Sheriff, Van Buren County

ORDER

Pinney's motions to consolidate cases, № 46 & № 47, are denied. This case is stayed pending the final disposition of Pinney's state criminal case and must remain on hold until then.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 August 2019