IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN PINNEY
#173141                                                      PLAINTIFF

v.                        No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield
Bay Community Club                                           DEFENDANTS

ORDER

The United States Court of Appeals for the Eighth Circuit has forwarded another paper from Pinney. № 50 at 7. The motion to reconsider, № 50, is denied. This case is stayed pending the final disposition of Pinney's state criminal case. And the Court of Appeals denied Pinney's request for permission to file an interlocutory appeal. № 41. This case must remain on hold.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2019