# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNATHAN PINNEY
#173141                                                                 PLAINTIFF

v.                           No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield
Bay Community Club                                                    DEFENDANTS

## ORDER

1. Motion to correct, № 53, denied as moot. The Clerk already filed a copy of № 47 in Pinney's other case. № 7 in E.D. Ark. No. 5:19-cv-229-KGB-BD.

2. Motion, № 56, denied. Nothing in Pinney's new papers, № 54–56, indicates that his state criminal appeal has been resolved. This case must therefore remain stayed.

3. The Court understands that Pinney believes a stay is inappropriate. But this Court has ruled on the issue; and the United

States Court of Appeals for the Eighth Circuit denied Pinney permission to file an interlocutory appeal. № 16, 23 & 41. If Pinney continues to file motions on this settled point, then the Court will consider restricting his filing privileges.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2019