# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNATHAN PINNEY                          PLAINTIFF

v.                  No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield
Bay Community Club                          DEFENDANTS

## ORDER

Motion for copies, № 58, granted. The Court directs the Clerk to send Pinney copies of the papers requested in his motion, along with a copy of the docket sheet.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019