# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHNATHAN PINNEY                                                     PLAINTIFF

v.                          No. 4:19-cv-138-DPM

CHRIS WARING, Lieutenant,
Fairfield Bay Police Department;
CHAD BROWN, State's Attorney;
FOSTER, Van Buren County Judiciary;
MARK RODDENBERRY, Sergeant,
Fairfield Bay Police Department;
DALLAS CLARK, Code Enforcement
Officer, Fairfield Bay; LUCAS
EMBERTON, Sheriff, Van Buren County;
and CATHY HERSMAN, Fairfield
Bay Community Club                                                   DEFENDANTS

## ORDER

Status report, № 60, noted. To the extent Pinney's report seeks further relief, № 60, the motion is denied. This case must remain stayed until Pinney's state criminal appeal is resolved. Pinney can move to reopen this case within sixty days of the resolution of the appeal.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  5 February 2020